992

No. 04–6333. MARTIN v. CAREY, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–6431. BROWN v. MISSOURI BOARD OF PROBATION AND PAROLE. C. A. 8th Cir. Certiorari denied.

No. 04–6450. JOY v. HALL, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–6498. SMITH v. NORTH CAROLINA. Ct. App. N. C. Certiorari denied.

No. 04–6502. JOHNSON v. CALIFORNIA. Ct. App. Cal., 4th App. Dist., Div. 1. Certiorari denied.

No. 04–6520. JACKSON v. MCDANIEL, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–6527. RUSSELL v. ASHCROFT, ATTORNEY GENERAL. C. A. 11th Cir. Certiorari denied.

No. 04–6558. BRYSON ET AL. v. JOHNSTON, JUDGE, SUPERIOR COURT OF NORTH CAROLINA, MECKLENBURG COUNTY, ET AL. C. A. 4th Cir. Certiorari denied.

No. 04–6595. HULLUM v. DENNEHY, COMMISSIONER, MASSACHUSETTS DEPARTMENT OF CORRECTION. C. A. 1st Cir. Certiorari denied.

No. 04–6601. MAUWEE v. HELLING, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–6606. AL-AMIN v. GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 04–6611. VERDUZCO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 04–6720. HARGROVE v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 04–6737. MITCHELL, AKA GREENE v. UNITED STATES. C. A. 10th Cir. Certiorari denied.